THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLACIER FISH COMPANY LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>        v.<br><br>WILDERMAN BECERRA-VALVERDE, individually,<br><br>    Defendant. | At Law and In Admiralty<br><br>NO. 2:17-CV-01419-JLR<br><br>STIPULATION AND PROPOSED ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>(Clerk's Action Required) |

TO:     THE CLERK OF THE COURT, and

TO:     PLAINTIFF and their Attorney

     **YOU AND EACH OF YOU PLEASE TAKE NOTICE** that the undersigned, whose address and telephone number are stated below, hereby submits a Stipulation and Proposed Order of Withdrawal and Substitution of Counsel in compliance with LCR 83.2(b)(1) for Wilderman Becerra -Valverde, the above-named Defendant.

STIPULATION AND PROPOSED
ORDER OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
2:17-CV-01419-JLR -- 1

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 FOURTH AVENUE, FLOOR 6
SEATTLE, WA 98121
(206) 448-1992
FACSIMILE (206) 448-4640

**YOU ARE FURTHER NOTIFIED** that James Gooding and Bryan Prince-Olsen, both of the law firm GLP Attorneys, P.S., Inc., located at 2601 Fourth Avenue, Floor 6, Seattle, WA 98121 and telephone (206) 448-1992 are hereby substituted as Attorneys of Record for the withdrawing counsel, George Knowles.

**COPIES OF ALL FURTHER PAPERS AND PROCEEDINGS** herein, except original process, shall be served upon the substituted Attorneys of Record along with all others above-named.

This withdrawal and substitution of attorneys will be effective November 14, 2017.

The undersigned counsel, new and withdrawing, for Defendant, Wilderman Becerra-Valverde ("Defendant"), and for Plaintiff, Glacier Fish Company, LLC ("Plaintiff"), hereby stipulate and agree as follows:

1.  That James Gooding and Bryan Prince-Olsen of the law firm GLP Attorneys, P.S., Inc., located at 2601 Fourth Avenue, Floor 6, Seattle, WA 98121 and telephone (206) 448-1992 are hereby substituted as Attorneys of Record for Defendant, Wilderman Becerra-Valverde.

2.  That George Knowles of the law firm Injury at Sea, 4020 E. Madison St., Suite 210, Seattle, WA, 98122, is no longer Attorney of Record for Defendant, Wilderman Becerra-Valverde.

STIPULATION AND PROPOSED
ORDER OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
2:17-CV-01419-JLR -- 2

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 FOURTH AVENUE, FLOOR 6
SEATTLE, WA  98121
(206) 448-1992
FACSIMILE (206) 448-4640

3.      That Dustin Hamilton and Mary C. Butler of the law firm LeGros Buchanan & Paul,

4025 Delridge Way SW, Suite 500, Seattle, WA 98106 accept James Gooding's and Bryan

Prince-Olsen's substitution as Attorneys of Record and George Knowles's withdrawal as

Attorney of Record for Defendant Wilderman Becerra-Valverde.

4.      A proposed order accompanies this stipulation.

DATED this 14th day of November, 2017.

GLP ATTORNEYS, P.S., INC.                    INJURY AT SEA

/s/ James Gooding                            /s/ George Knowles
/s/Bryan Prince-Olsen                        GEORGE KNOWLES, WSBA #5234
JAMES GOODING, WSBA # 23833                  Withdrawing Counsel of Defendant
BRYAN PRINCE-OLSEN, WSBA #43498              Injury at Sea - Seattle
New Attorneys of Records for Defendant       4020 East Madison St, Suite 210
GLP Attorneys, P.S., Inc.                     Seattle, WA 98122
2601 Fourth Avenue, Floor 6                  (206) 527-8008
Seattle, WA 98121                            (206) 527-0725
(206) 448-1992                               george@maritimeinjury.com
(206) 448-4640
jgooding@glpattorneys.com
bolsen@glpattorneys.com


LEGROS BUCHANAN & PAUL, P.S.

By: /s/ Mary C. Butler
        DUSTIN C. HAMILTON, WSBA #40451
        MARY C. BUTLER, WSBA #44855
        LeGros Buchanan & Paul
        4025 Delridge Way SW, Suite 500
        Seattle, WA 98106-1271
        Tel: (206) 623-4990 | Facsimile: (206) 467-4828
        Email: dhamilton@legros.com
        mbutler@legros.com
        Attorneys for Plaintiff


STIPULATION AND PROPOSED
ORDER OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
2:17-CV-01419-JLR -- 3

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 FOURTH AVENUE, FLOOR 6
SEATTLE, WA 98121
(206) 448-1992
FACSIMILE (206) 448-4640

**ORDER**

The Court having considered the foregoing stipulation of the parties, it is hereby

ordered that the stipulation of the parties is confirmed in all of its particulars.

DATED this ___15th___ of ___November___ 2017.

_____

THE HONORABLE JAMES L. ROBART

PRESENTED BY:

GLP ATTORNEYS, P.S., INC.

By: /s/ James Gooding
    /s/ Bryan Prince-Olsen
    JAMES GOODING, WSBA # 23833
    BRYAN PRINCE-OLSEN, WSBA #43498
    New Attorneys of Records for Defendant
    GLP Attorneys, P.S., Inc.
    2601 Fourth Avenue, Floor 6
    Seattle, WA 98121
    Tel: (206) 448-1992
    Facsimile: (206) 448-4640
    jgooding@glpattorneys.com
    bolsen@glpattorneys.com

STIPULATION AND PROPOSED
ORDER OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
2:17-CV-01419-JLR -- 4

GLP ATTORNEYS, P.S., INC.
ATTORNEYS AT LAW
2601 FOURTH AVENUE, FLOOR 6
SEATTLE, WA  98121
(206) 448-1992
FACSIMILE (206) 448-4640

1  INJURY AT SEA

2

3     By: /s/ George Knowles
         GEORGE KNOWLES
4        Withdrawing Counsel of Defendant
         Injury at Sea - Seattle
5        4020 East Madison St, Suite 210
         Seattle, WA 98122
6        Tel: (206) 527-8008
         Facsimile: (206) 527-0725
7        george@maritimeinjury.com

8

9  LEGROS BUCHANAN & PAUL, P.S.

10
      By: /s/ Mary C. Butler
11        DUSTIN C. HAMILTON, WSBA #40451
          MARY C. BUTLER, WSBA #44855
12        LeGros Buchanan & Paul
          4025 Delridge Way SW, Suite 500
13        Seattle, WA 98106-1271
          Tel: (206) 623-4990 | Facsimile: (206) 467-4828
14        Email: dhamilton@legros.com
          mbutler@legros.com
15        Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26  STIPULATION AND PROPOSED
    ORDER OF WITHDRAWAL AND
    SUBSTITUTION OF COUNSEL                    GLP ATTORNEYS, P.S., INC.
    2:17-CV-01419-JLR -- 5                       ATTORNEYS AT LAW
                                             2601 FOURTH AVENUE, FLOOR 6
                                                SEATTLE, WA 98121
                                                   (206) 448-1992
                                             FACSIMILE (206) 448-4640