# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GLACIER FISH COMPANY LLC, | CASE NO. C17-1419 JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILDERMAN BECERRA-VALVERDE, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties have raised a discovery issue with the court regarding a second deposition of a physician. The court ORDERS the parties to file statements of no more than two (2) pages explaining the discovery dispute. The parties' statements must address whether the physician's file was complete and available at the time of the first deposition. The parties must file their statements no later than Thursday, November 29,

2018, at 2:00 p.m.  The court also SCHEDULES a telephonic hearing regarding the dispute on Friday, November 30, 2018, at 10:30 a.m.

Filed and entered this 28th day of November, 2018.

                WILLIAM M. MCCOOL
                Clerk of Court

                s/ Ashleigh Drecktrah
                Deputy Clerk