THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLACIER FISH COMPANY LLC, a Washington limited liability company,<br><br>                    Plaintiff,<br>          v.<br><br>WILDERMAN BECERRA-VALVERDE, individually,<br><br>                    Defendant. | At Law and In Admiralty<br><br>No. 2:17-CV-01419-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL |

## STIPULATION

**COME NOW** Plaintiff Glacier Fish Company and Defendant Wilderman Becerra-Valverde, through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendant, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

STIPULATION AND PROPOSED ORDER OF DISMISSAL–
Page 1
(Case No. 2:17-CV-01419-JLR)
{28581-00467846;1}

Le Gros Buchanan
& Paul
4025 Delridge Way SW
Suite 500
Seattle, Washington 98106-1271
(206) 623-4990

DATED this 13 day of December, 2018.

      LE GROS, BUCHANAN & PAUL

      */s/ Dustin C. Hamilton*
      DUSTIN C. HAMILTON, WSBA #40451
      */s/ Mary C. Butler*
      MARY C. BUTLER, WSBA #44855
      LeGros Buchanan & Paul
      4025 Delridge Way SW, Suite 500
      Seattle, WA 98106-1271
      Tel: 206-623-4990 | Fax: 206-467-4828
      Email:     dhamilton@legros.com
                    mbutler@legros.com
      Attorneys for Plaintiff Glacier Fish Company, LLC


      */s/ James Gooding*
      James Gooding, WSBA # 23833
      */s/ Bryan Prince-Olsen*
      Bryan Prince-Olsen, WSBA #43498
      2601 Fourth Avenue, Floor 6
      Seattle, WA 98121
      Phone: (206) 448-1992
      Email: jgooding@glpattorneys.com
              bolsen@glpattorneys.com
      Attorneys for Defendant
      Wilderman Becerra-Valverde

STIPULATION AND PROPOSED ORDER OF DISMISSAL–
Page 2
(Case No. 2:17-CV-01419-JLR)
{28581-00467846;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

[PROPOSED] ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff are hereby dismissed with prejudice, and without costs.

Dated this 21st day of Dec, 2018.

_____
THE HONORABLE JAMES ROBART

Presented by:

LE GROS BUCHANAN & PAUL

By: *s/ Dustin Hamilton*
By: *s/ Mary Butler*
Dustin C. Hamilton, WSBA #40451
Mary C. Butler, WSBA #44855
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Telephone: (206) 623-4990
Email: dhamilton@legros.com
         mbutler@legros.com
Attorneys for Plaintiff Glacier Fish Company


GLP ATTORNEYS, P.S., INC.

By: *s/ James Gooding*
By: *s/ Bryan Prince-Olsen*
James Gooding, WSBA #23833
Bryan Prince-Olsen, WSBA #43498
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
Telephone: (206) 448-1992
Email: jgooding@glpattorneys.com
         bolsen@glpattorneys.com
Attorneys for Defendant Wilderman Becerra-Valverde

STIPULATION AND PROPOSED ORDER OF DISMISSAL–
Page 3
(Case No. 2:17-CV-01419-JLR)
{28581-00467846;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable James L. Robart, and serve it on all associated counsel.

> James Gooding, WSBA #23833
> Bryan Prince-Olsen, WSBA #43498
> GLP Attorneys, P.S., Inc.
> 2601 Fourth Avenue, Floor 6
> Seattle, WA 98121
> 206.448.1992
> 206.448.4640
> jgooding@glpattorneys.com
> bolsen@glpattorneys.com

Attorneys for Defendant Wilderman Becerra-Valverde

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 21 day of December 2018.

> s/ Sheila Baskins
> Sheila Baskins, Legal Assistant
> LeGros Buchanan & Paul
> 4025 Delridge Way SW, Suite 500
> Seattle, Washington 98106-1271
> Telephone: 206-623-4990
> Facsimile: 206-467-4828
> E-mail: sbaskins@legros.com

STIPULATION AND PROPOSED ORDER OF DISMISSAL–
Page 4
(Case No. 2:17-CV-01419-JLR)
{28581-00467846;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990